UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

YLENIA DE PIETRI,

Plaintiff,

-v-

ROADGET BUSINESS PTE. LTD., a Singapore private limited company; SHEIN US SERVICES, LCC, a Delaware limited liability company; and SHEIN DISTRIBUTION CORPORATION, a Delaware corporation,

Defendants.

---------------------------------------------------------------------X

26 Civ. 4792 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

The Complaint in this action was filed on June 5, 2026. Dkt. 1. Defendants have not appeared in this action, and the docket does not reflect whether Defendants have been served. Plaintiff is ordered to file a status letter by September 15, 2026, describing (1) whether service of the summons and Complaint has been made on Defendants, in which case Plaintiff shall file an affidavit of service on the docket, and if not (2) what efforts Plaintiff has taken to serve the aforementioned Defendants.

SO ORDERED.

Dated: September 8, 2026
New York, New York

JOHN P. CRONAN
United States District Judge